UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STATE FARM FLORIDA INSURANCE CO.,

    Plaintiff,

v.                                                     4:15cv626–WS/CAS

J. RUSSELL PRICE, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the plaintiff's notice of voluntary dismissal. Doc. 4. The court having reviewed the notice, it is ORDERED:

The clerk is directed to enter judgment of dismissal stating: "All claims are DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this   25th   day of   February  , 2016.

                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE